IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–60–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL AUGUST MEYER, | |
| Defendant. | |

Before the Court is Defendant Daniel August Meyer's Opposed Motion for Judicial Approval of Defendant's Waiver of Grand Jury Indictment and Request for Arraignment.  (Doc. 16.)  An Indictment was issued on December 7, 2022. (Doc. 18.)

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 16) is DENIED as moot.

DATED this 7th day of December, 2022.

Dana L. Christensen, District Judge
United States District Court

1