IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–60–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL AUGUST MEYER, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture.  (Doc. 42.)  Defendant Daniel August Meyer has been adjudged guilty of stalking, in violation of 18 U.S.C. § 2261A(2)(B), as charged in Count I of the Indictment.  (Doc. 44.)  Per this adjudication of guilt and Meyer's plea agreement with the government, (Doc. 34), there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED the motion (Doc. 42) is GRANTED.

IT IS FURTHER ORDERED that Meyer's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Harrington and Richardson, Model Tamer, 20 Gauge Shotgun, Serial HX226375; and

- One 20-gauge shotgun round.

1

IT IS FURTHER ORDERED that the FBI and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 8th day of June, 2023.

_____
Dana L. Christensen, District Judge
United States District Court